# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                        **Case Number: 5:05-cr-24-Oc-10GRJ**

**MARTIN PACHECO-MARTINEZ**

**USM Number: 43257-018**

David Wilson, CJA
201 SW Second Street, Suite 101
Ocala, Florida 34474

_____

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 1 and 2 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct occurring while on supervision | July 4, 2006 |
| 2 | Failure to remain outside of the United States | June 30, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: May 24, 2007

*[signature]*

**UNITED STATES DISTRICT JUDGE**

May 24, 2007

MARTIN PACHECO-MARTINEZ  Page 2 of 2
5:05-cr-24-Oc-10GRJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months,** to be served concurrently with the sentence imposed in 5:06-cr-62-Oc-10GRJ.

The Court recommends to the Bureau of Prisons:

> That defendant be designated for service of commitment at an institution located in the state of Georgia.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case